**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile (310) 203-2287**

**Attorney For Plaintiff**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yossry Mansour Bekit Ghaly<br><br>Plaintiff,<br><br>v.s.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; KRISTI NOEM; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; AND DOES 1-10,<br><br>Defendants, | Case No.: 8:26-cv-88<br><br>**COMPLAINT FOR:**<br><br>**1) DECLARATORY AND INJUNCTIVE RELIEF**<br>**2) WRIT IN THE NATURE OF IMMIGRATION MANDAMUS** |

By and through her undersigned counsel, Plaintiff; YOSSRY MANSOUR BEKIT GHALY ("Plaintiff") brings this action, individually on behalf of YOSSRY MANSOUR BEKIT GHALY.

## INTRODUCTION

1. This action is brought by Plaintiff Yossry Mansour Bekit Ghaly, by and through his attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of April 23, 2020 and which has still not been called for an interview.

2. On November 03, 2019, Plaintiff Yossry Mansour Bekit Ghaly came to the United States on non-immigrant visa and have stayed in the US ever since. On April 23, 2020, Plaintiff submitted an I-589 Application for Asylum and Withholding of Removal to the USCIS. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice)**. Plaintiff Yossry Mansour Bekit Ghaly sought asylum in the United States of America based on his past persecution as a Coptic Christian in Egypt and well-founded fear that he will be persecuted upon his return to Egypt.

3. After submitting his application for asylum, Defendant USCIS instructed Plaintiff Yossry Mansour Bekit Ghaly to present himself for biometric inspection at a designated USCIS Application Support Center on October 14, 2020. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notification).** Plaintiff Yossry Mansour Bekit Ghaly did appear at the designated Application Support Center on October 14, 2020 and provided his biometric information.

4. After Plaintiff provided his biometrics information, the Los Angeles Asylum Office approved Plaintiff's standby request on April 01, 2021 and added him to the Los Angeles Asylum

Standby List. **(EXHIBIT D: Standby List Request approved by the Los Angeles Asylum Office)**

5. After Plaintiff was added to the Standby List, neither Defendant USCIS nor Asylum Office nor any of the other named Defendants communicated with Plaintiff about the exact date his asylum interview would be scheduled. The Plaintiff have been waiting near 6 years for his interview date at this point. Plaintiff has no way of knowing how much longer he will have to wait in order to testify in support of his application for asylum. Plaintiff Yossry Mansour Bekit Ghaly is unable to plan for his future and is forced to endure the constant uncertainty of the possibility his application will be denied and referred to the Executive Office for Immigration Review (EOIR).

6. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for near 6 years. Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## PARTIES

7. Plaintiff Yossry Mansour Bekit Ghaly is a citizen of Egypt. Plaintiff Yossry Mansour Bekit Ghaly came to the United States on non-immigrant visa on November 03, 2019. Plaintiff filed his I-589 Application for Asylum and Withholding of Removal on April 23, 2020.

8. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

9. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

11. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

12. Defendant KRISTI NOEM (hereinafter "Secretary Noem") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Noem in her official capacity, as she is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

14. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be

forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

15. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, no balancing of factors is required or permitted."

**VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff resides in Fountain Valley, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

**EXHAUSTION OF REMEDIES**

20. Plaintiff has no administrative remedies. Since Plaintiff Yossry Mansour Bekit Ghaly was added to the Standby List, he received no clear correspondence or communication from Defendant USCIS nor Asylum Office about how much longer he will have to wait for the pending asylum application to be called for an interview. Plaintiff has been waiting near 6 years at this point to have his asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

**CAUSE OF ACTION**

21. Pursuant to 8 U.S.C §1158, Plaintiff Yossry Mansour Bekit Ghaly filed an application for Asylum and Withholding of Removal on April 23, 2020.

22. Since filing his Application, Plaintiff Yossry Mansour Bekit Ghaly has not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date his Asylum interview will be scheduled. Plaintiff Yossry Mansour Bekit Ghaly, therefore, has no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been near 6 years since Plaintiff Yossry Mansour Bekit Ghaly applied for Asylum. Plaintiff have yet to receive an interview date for his case.

26. Plaintiff has no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has “original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]”

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all “writs necessary or appropriate in aid of [the Court’s] respective jurisdiction and agreeable to the usages and principles of law.”

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff has suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

    a. Plaintiff has been irreparably damaged from the fear of not knowing or ability to prepare for his future concerning what will happen with his asylum case for near 6 years. Plaintiff Yossry Mansour Bekit Ghaly has been constantly hoping to have the case scheduled for an interview so his case could then be adjudicated and he can progress with his lives. Due to the abnormally long wait and lack of certainty surrounding when his asylum case will be heard, Plaintiff is enduring significant psychological trauma.

    b. The delay is causing irreparable harm to Plaintiff who are not able to progress with his lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe he will be persecuted on account of his faith as a Coptic Christian.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Yossry Mansour Bekit Ghaly's application and have failed to carry out the non-discretionary adjudicative functions delegated to him by law with regard to his case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff Yossry Mansour Bekit Ghaly has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff has been forced to pursue the instant action.

**PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a. Accept jurisdiction and maintain continuing jurisdiction in this action;

b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Yossry Mansour Bekit Ghaly asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Yossry Mansour Bekit Ghaly' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g. Grant such relief at law and in equity as justice may require.

Dated: January 12, 2026

Respectfully Submitted,

//s//, GIHAN L. THOMAS, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS YOSSRY MANSOUR BEKIT GHALY V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.

**EXHIBIT** **PAGES**

**A.** I-589 Application for Asylum and Declaration ........ 1

**B.** I-589 Asylum Receipt Notice ........ 20

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff ........ 21

**D.** Standby List Request approved by the Los Angeles Asylum Office ........ 22

# Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| | | |
|---|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)*<br>N/A | **2.** U.S. Social Security Number *(if any)*<br>N/A | **3.** USCIS Online Account Number *(if any)*<br>N/A |
| **4.** Complete Last Name<br>Ghaly | **5.** First Name<br>Yossry | **6.** Middle Name<br>Mansour Bekit |

**7.** What other names have you used *(include maiden name and aliases)?*
N/A

**8.** Residence in the U.S. *(where you physically reside)*

| | | | |
|---|---|---|---|
| Street Number and Name<br>10425 Slater Ave | | | Apt. Number<br>104 |
| City<br>Fountain Valley | State<br>CA | Zip Code<br>92708 | Telephone Number<br>7147179056 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| | | |
|---|---|---|
| In Care Of *(if applicable)*:<br>N/A | | Telephone Number<br>N/A |
| Street Number and Name<br>10425 Slater Ave | | Apt. Number<br>104 |
| City<br>Fountain Valley | State<br>CA | Zip Code<br>92708 |

**10.** Gender: ☒ Male ☐ Female

**11.** Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed

| | |
|---|---|
| **12.** Date of Birth *(mm/dd/yyyy)*<br>04/01/1987 | **13.** City and Country of Birth<br>Cairo Egypt |

| | | | |
|---|---|---|---|
| **14.** Present Nationality *(Citizenship)*<br>Egyptian | **15.** Nationality at Birth<br>Egyptian | **16.** Race, Ethnic, or Tribal Group<br>White | **17.** Religion<br>Coptic Orthodox Christian |

**18.** *Check the box, a through c, that applies:* **a.** ☒ I have never been in Immigration Court proceedings.
**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*
**a.** When did you last leave your country? *(mmm/dd/yyyy)* 11/02/2019 **b.** What is your current I-94 Number, if any? 318701745A2

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 11/03/2019 | Los Angeles, CA | B2 | 05/02/2020 |
| 12/28/2018 | New York City, NYC | B2 | |
| N/A | N/A | N/A | |

| | | |
|---|---|---|
| **20.** What country issued your last passport or travel document?<br>N/A | **21.** Passport Number A14916002<br>Travel Document Number N/A | **22.** Expiration Date *(mm/dd/yyyy)*<br>04/06/2022 |
| **23.** What is your native language *(include dialect, if applicable)?*<br>Arabic | **24.** Are you fluent in English?<br>☐ Yes ☒ No | **25.** What other languages do you speak fluently?<br>None |

| | | |
|---|---|---|
| **For EOIR use only.** | **For USCIS use only.** **Action:**<br>Interview Date: ______<br>Asylum Officer ID No.: ______ | **Decision:**<br>Approval Date: ______<br>Denial Date: ______<br>Referral Date: ______ |

1

## Part A.II. Information About Your Spouse and Children

**Your spouse** [X] I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Other names used *(include maiden name and aliases)* |
| N/A | N/A | N/A | N/A |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| N/A | N/A | N/A |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| N/A | N/A | [ ] Male [ ] Female |

**15.** Is this person in the U.S.?
[ ] Yes *(Complete Blocks 16 to 24.)* [X] No *(Specify location):* N/A

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **20.** What is your spouse's current status? | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **22.** Is your spouse in Immigration Court proceedings? | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
| N/A | N/A | [ ] Yes [X] No | N/A |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[X] No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

[X] I do not have any children. *(Skip to Part. A.III., **Information about your background.**)*

[ ] I have children. Total number of children: N/A.

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
| N/A N/A | N/A | N/A | [ ] Male [ ] Female |

**13.** Is this child in the U.S. ? [ ] Yes *(Complete Blocks 14 to 21.)* [X] No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | [ ] Yes [X] No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[X] No

## Part A.II. Information About Your Spouse and Children (Continued)

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)*<br>N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>N/A | 4. U.S. Social Security Number *(if any)*<br>N/A |
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth *(mm/dd/yyyy)*<br>N/A |
| 9. City and Country of Birth<br>N/A | 10. Nationality *(Citizenship)*<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☒ No *(Specify location):* N/A

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>N/A | 16. I-94 Number *(If any)*<br>N/A | 17. Status when last admitted *(Visa type, if any)*<br>N/A |

| | | |
|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)*<br>N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>N/A | 4. U.S. Social Security Number *(if any)*<br>N/A |
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth *(mm/dd/yyyy)*<br>N/A |
| 9. City and Country of Birth<br>N/A N/A | 10. Nationality *(Citizenship)*<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☒ No *(Specify location):* N/A

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>N/A | 16. I-94 Number *(If any)*<br>N/A | 17. Status when last admitted *(Visa type, if any)*<br>N/A |

| | | |
|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)*<br>N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>N/A | 4. U.S. Social Security Number *(if any)*<br>N/A |
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth *(mm/dd/yyyy)*<br>N/A |
| 9. City and Country of Birth<br>N/A N/A | 10. Nationality *(Citizenship)*<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☒ No *(Specify location):* N/A

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>N/A | 16. I-94 Number *(If any)*<br>N/A | 17. Status when last admitted *(Visa type, if any)*<br>N/A |

| | | |
|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

3

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 9 Alley Mohamed Maghawry-Elbeshry St | Hadayek El | Kobba Cairo | Egypt | 06/2019 | 11/2019 |
| N/A | N/A | N/A | N/A | N/A | N/A |

2. Provide the following information about your residences during the past 5 years. List your present address first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 10425 Slater Ave | Fountain Valley | CA | USA | 11/2019 | Present |
| 9 Alley Mohamed Maghawry-Elbeshry St | Hadayek El | Kobba Cairo | Egypt | 06/2019 | 11/2019 |
| Abdullah Fadalh St. | Block Eleven | Salmia | Kuwait | 06/2014 | 06/2019 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most recent school that you attended.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| The Higher Institute College | College | Cairo, Egypt | 05/2004 | 05/2008 |
| Nasr City Hotel School | High School | Cairo, Egypt | 05/2000 | 05/2003 |
| Elnorashia | Middle School | Cairo, Egypt | 05/1997 | 05/2000 |
| Elsharq | Elementry School | Cairo, Egypt | 05/1990 | 05/1996 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| N/A N/A | Unemployed | 11 2019 | Present |
| Swiss Financial Sharq, Kuwait | Senior Trader | 08 2017 | 03 2019 |
| Asiya Inestment Sharq, Kuwait | Investment Consultant | 01 2016 | 07 2017 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Ayda Shenoda Gerges | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Mansour Bekit Ghaly | Sohag, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* Rami Mansour Bekit Ghaly | Cairo, Egypt | ☐ Deceased California, USA |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |

**4**

## Part B. Information About Your Application

*(**NOTE:** Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

- ☐ Race
- ☒ Religion
- ☐ Nationality
- ☐ Political opinion
- ☐ Membership in a particular social group
- ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No ☒ Yes

If "Yes," explain in detail:

**1.** What happened;
**2.** When the harm or mistreatment or threats occurred;
**3.** Who caused the harm or mistreatment or threats; and
**4.** Why you believe the harm or mistreatment or threats occurred.

Please refer to my declaration incorporated herein for refenrance.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No ☒ Yes

If "Yes," explain in detail:

**1.** What harm or mistreatment you fear;
**2.** Who you believe would harm or mistreat you; and
**3.** Why you believe you would or could be harmed or mistreated.

Please refer to my declaration incorporated herein for refenrance.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

N/A

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

I was a member of Saint Mary Coptic Orthodox Church in Cairo Egypt.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☐ No ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

I am a member of Archangel Michael Coptic Orthodox Church in Santa Ana, California.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

Please refer to my declaration incorporated herein for refenrance.

6

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☐ No ☒ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

My brother, Rami Ghaly is a derivative of his wife's asylum application that is un-adjudicated at present.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☐ No ☒ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☒ No ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

2.A
I had a transit in Dubai, UAE for 2 hours before my entry to US.
I resided in Kuwait from 01/2010 till 06/2019 on a temporary work visa.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

N/A

7

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

N/A

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

N/A

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

N/A

**8**




## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and th evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in ar application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

***WARNING:* Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Yossry Mansour Bekit Ghaly | يسرى منصور بخيت غالى |

Did your spouse, parent, or child(ren) assist you in completing this application? ☒ No ☐ Yes *(If "Yes," list the name and relationship.)*

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application? ☐ No ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☒ No ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ Yossry ] 4/10/2020

Sign your name so it all appears within the brackets — Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | | Print Complete Name of Preparer<br>Gihan Thomas<br>Law Offices of Gihan Thomas | |
|---|---|---|---|
| Daytime Telephone Number<br>3102032242 | Address of Preparer: Street Number and Name<br>611 Wilshire Blvd. | | |
| Apt. Number<br>907 | City<br>Los Angeles | State<br>CA | Zip Code<br>90017 |

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>None |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Immigration Judge

**Name: Ghaly, Yossry A-Number: [illegible]i[illegible]vo**
**Addendum for Form I-589**

## Addendum to I-589

Part A.III

Question 4

Name and Adress of Employer: Al Ghanim Electronics - Kuwait City, Kuwait
Your Ocupation: Salesman
Dates (From - To): 04/2011 - 12/2015

---

# CERTIFICATE OF TRANSLATION:

I, **Fady Awadalla**, am competent to translate from Arabic into English, and from English into Arabic. I have *reviewed* the content of this document and I certify that the English terms correspond to the Arabic ones. I certify that this is true and accurate to the best of my abilities.

Fady Awadalla

------------------------

**Fady Awadalla**
Los Angeles, CA

My name is Yossry Mansour Bekit Ghaly. I was born on April 1th, 1987 and I was fortunate enough to have attended college and graduated in 2008. My education gave me the ability to get out of Egypt to a safer environment. I was able to secure a job in Kuwait from 2010 and relocated there temporarily until my stay came to an end in 2019. I was terminated from my last job at Swiss Financial Services and was unable to find another employer, forcing me to return to Egypt, the country of my birth and citizenship.

My persecution commenced at an early age when I was still attending school. The teacher would purposely hit me on my right hand because of my cross tattoo. I would come home crying to my parents. When my parents complained to the principal, they always put the blame on me that I am not a good student, when the reality was, that I was a good student, but was only targeted because the teacher did not like to see the cross sign on my hand.

During the time I was in Kuwait, my family would tell me about many things that would befall them; from threats to them on the road, or threats to our church, or cancellation of liturgies, both during the Muslim Brotherhood era and during the Presidency of Sisi. I also learned about the bombings of several churches across Egypt. I also learned about the evictions of the Christians from Sinai, and the threats made by ISIS to the Christians of Egypt.

In 2017, in addition to my cross tattoo, I decided to tattoo a biblical verse "In God we trust". I was proud of my faith and was in no way planning to deny it or hide it.

While in Kuwait, I decided to purchase an American flag and I was so happy to take it with me back to Egypt when I packed my belongings. Upon my return in June 29, 2019, I placed the flag in my balcony. The posting of the flag in my balcony subjected me to insults and persecution by the extremists that live in my neighborhood.

Around July 2019, some extremists came knocking on my apartment's door. They saw me and realized that I am a Christian from my cross necklace and the tattoo on my hand. They accused us of being evil, filthy infidels and demanded that our apartment removes the American flag from the balcony. I asked them to mind their own business. I closed the door. I heard them banging from outside the door for some time. My mother was with me at home and asked me to please remove the flag to avoid troubles. I refused. My father came later and when he learned what happened demanded that I remove the flag. I was trying to convince my parents that this is personal freedom. My parents asked me to do so to avoid

trouble, but I hate that people would impose their decisions on me specifically as I was not causing trouble to anyone. It was a personal choice.

In my area, I would hear people cussing at me and my religion. On July 15, 2019, while sleeping at night, we were awakened by banging and breaking of glass. Apparently, our balcony had been attacked with stones. We called the police, but no one came. A lot of stones filled our living room. For my family's safety, I removed the flag. The next day, I went to report to the police station, but the officer told me that they have more important matters than my balcony's windows.

I was also unable to get any employment in Egypt during the four months because of my cross tattoo and the Biblical verse that was engraved on my hand.

My troubles did not end there. Because I did not have a job, I used to go a lot to a cafeteria around our apartment building (Om Kalsoum). The tattoos, whether it was my cross or the biblical versus, caused me harm. On September 26, 2019, as I was having my coffee with three (3) friends, two extremists sitting at the next table, were looking at me with disgust. One of them told me that I must leave this cafeteria because infidels cannot be around. I protested and told him to mind his own business. He started cussing at Christians. The owner came in and tried to intervene. Instead of siding with me, the owner asked me and my friends to leave. I was very distraught to be evicted because of my religious symbols.

The next morning, September 27, 2019, all the churches closed its doors for the Friday liturgy across Egypt because of credible threats of bombings. Our church informed us the night before that they received a message that they should close their doors. We were terrified.

The last incident happened to me on October 11, 2019 when I was driving back with my mother in the car. We were at a stop sign when several Salafies noticed that we are Christians. They surrounded our car and started banging from different directions. Fortunately, the lock was on. They were trying to open the passenger door so that they can drag my mother out. They were cussing right and left. I tried to avoid them by honking continuously, and tried to step on the gas to get them out of our way. I was successful as the light turned green and I left the scene. However, the incident was traumatizing for my elderly mother. She was panicking. We had to call a doctor at home to check her heartbeat and blood pressure.

Several days later, during October 2019, several churches were burned in Helwan, Beni Sue and Mansoura by Muslim extremists - the burnings occurred three days in a row. All these churches were named "Mar Guiguis"

This is the state of affair in Egypt for Coptic Christians. My brother and his wife have also had their share of persecution in Egypt because of our religion from threats and physical attacks.

When I arrived here, my brother and his wife informed me about the asylum program and encouraged me to apply.

While I am here, I became more encouraged to file for asylum because of the family that was stabbed and the people that were killed outside the church.

Yossry Mansour Bekit Ghaly

اسمي يسري منصور بخيت غالي. لقد ولدت في 1 أبريل 1987 ، وكنت

محظوظ لحضور الكلية وتخرج في عام 2008. تعليمي

أعطاني القدرة على الخروج من مصر إلى بيئة أكثر أمانًا. تمكنت من تأمين

وظيفة في الكويت من عام 2010 وانتقلت هناك مؤقتًا حتى وصلت إقامتي

نهاية في عام 2019. لقد أنهيت من وظيفتي الأخيرة في الخدمات المالية السويسرية و

لم اتمكن من العثور على وظيفه اخري ، مما أجبرني على العودة إلى مصر ، بلد

ولادتي وجنسيتي.

بدأ اضطهادي في سن مبكرة عندما كنت لا أزال أذهب إلى المدرسة. كان المعلم

يضربني عمداً على يدي اليمنى بسبب وشمي الصليب. كنت

اعود إلى المنزل ابكي لوالدي. عندما اشتكى والدي إلى

مديري ، دائما ما يلومني على أنني لست طالب جيد ، لكن

الواقع هو أنني كنت طالبًا جيدًا ، ولكن تم استهدافي فقط لأن المعلم

لم يحب علامة الصليب على يدي.

خلال فترة وجودي في الكويت ، أخبرتني عائلتي عن أشياء كثيرة

تصيبهم ، من التهديدات لهم على الطريق ، أو التهديدات لكنيستنا ، أو

إلغاء الليتورجيّا خلال حقبة الإخوان المسلمين وأثناءا

رئاسة السيسي. كما علمت بتفجيرات عدة كنائس عبرا

مصر. كما علمت بإخلاء المسيحيين من سيناء و

تهديدات داعش للمسيحيين في مصر.

في عام 2017 ، بالإضافة إلى وشمي الصليب ، قررت وشم آية من الكتاب المقدس "بالرب

نحن نثق". كنت فخورًا بإيماني ولم أكن أنكره أو أخفيه.

أثناء وجودي في الكويت ، قررت شراء علم أمريكي وكنت سعيدًا بذلك

اخذته معي إلى مصر عندما حزمت أمتعتني. عند عودتي

يونيو 2019 ، وضعت العلم في شرفتي. نشر العلم في

الشرفة عرضني للإهانات والاضطهاد من قبل المتطرفين الذين يعيشون في

الحي الذي أقطنه.

في يوليو 2019 ، جاء بعض المتطرفين يطرقون على باب شقتي. عندما رائوني وأدركو أنني مسيحي من قلادة الصليب والوشم في يدي. اتهمونا بالشر والقذارة والكفر وطالبوا تنزيل العلم الأمريكي من الشرفة. قولت لهم ان هذا ليس شانهم لقد أغلقت الباب. سمعتهم يضربون من خارج الباب لبعض الوقت. كانت والدتي معي في المنزل وطلبت مني أن أزيل العلم لتجنب المشاكل. انا رفضت. جاء والدي في وقت لاحق وعندما علم ما حدث طلب أن أزيل العلم. كنت أحاول إقناع والدي أن هذه حريه الشخصية. طلب مني والداي أن أفعل ذلك لتجنب المشاكل ، لكنني أكره أن يفرض الناس قراراتهم عليّ على وجه التحديد .أنا لا أسبب مشاكل لأي شخص. لقد كان خيارا شخصيا

في منطقتي ، كنت أسمع الناس وهم يتكلمون عني وعن ديني. في 15 يوليو 2019 ، .أثناء النوم في الليل ، استيقظنا من خلال ضرب الزجاج وكسره على ما يبدو ، ألقيت شرفتنا بالحجارة. اتصلنا بالشرطة ، ولكن لا أحد أتى. ملأت الكثير من الحجارة غرفة المعيشة لدينا. من أجل سلامة عائلتي ، أزلت العلم. في اليوم التالي ذهبت إلى مركز الشرطة ، لكن الضابط أخبرني .أن لديهم أمور أكثر أهمية من نوافذ شرفتي

كما أنني لم أتمكن من الحصول على أي عمل في مصر خلال الأشهر الأربعة بسبب وشمتي الصليب وآية الكتاب المقدس التي نقشت علي .كف

مشاكلي لم تنته. لأنني لم يكن لدي عمل ، كنت أذهب كثيرًا إلى كافيتريا حول مبنى شقتنا (أم كلثوم). الوشم سواء كان ذلك صليبي أوايه الكتاب المقدس أضرني. في 26 سبتمبر 2019 ، كنت أتناول قهوتي مع ثلاثة (3) أصدقاء ، واثنين من المتطرفين يجلسان في طاولة مجاوره ، كانوا ينظرون إلي باشمئزاز. أخبرني أحدهم أنه يجب علي ترك هذا كافتيريا لأن الكفار لا يمكن أن يكونوا حولها. احتجت وقلت له أن يهتم بشانه

. بدأ في لعن المسيحيين. جاء المالك وحاول

التدخل. بدلاً من الوقوف معي ، طلب مني المالك وأصدقائي المغادرة.

شعرت بذهول شديد لأنني طُردت بسبب رموز الصليب.

في صباح اليوم التالي ، 27 سبتمبر ، 2019 ، أغلقت جميع الكنائس أبوابها

صلاة الجمعة في جميع أنحاء مصر بسبب تهديدات ذات مصداقية بتفجيرات. كنيستنا

أبلغونا الليلة السابقة أنهم تلقوا رسالة بأنه يجب إغلاقها

ابوابهم. شعرنا بالرعب.

وقع الحادث الأخير في 11 أكتوبر 2019 عندما كنت أقود السيارة

مع والدتي في السيارة. كنا في علامة توقف عندما لاحظ العديد من السلفيين

أننا مسيحيون. حاصروا سيارتنا وبدأوا في الضرب من مختلف

الاتجاهات. لحسن الحظ ، كان لدي القفل المركزي. كانوا يحاولون فتح

باب الراكب حتى يتمكنوا من جر أمي. كانوا يناضلون. حاولت أن أتجنبهم عن طريق التزمير باستمرار ، وحاولت دفع الغاز للحصول عليه

منهم عن طريقنا. لقد نجحت عندما تحول الضوء إلى اللون الأخضر وغادرت المشهد

ومع ذلك ، كان الحادث مؤلما لامي

كانت في حاله

هلع. كان علينا الاتصال بطبيب في المنزل للتحقق من دقات قلبها وضغط دمها

.

بعد عدة أيام ، خلال أكتوبر 2019 ، أحرقت عدة كنائس في حلوان ،

بني سو والمنصورة من قبل المتطرفين المسلمين - وقعت الحرائق في ثلاثة أيام

"متتاليه. كل هذه الكنائس باسم "مار جرجس

هذه هي حالة الأقباط في مصر. أخي وزوجته

كان لهم نصيبهم من الاضطهاد في مصر بسبب ديننا من

التهديدات والاعتداءات الجسدية.

عندما وصلت إلى هنا ، أبلغني أخي وزوجته بشأن اللجوء

وشجعني على التقدم.

أثناء وجودي هنا ، أصبحت أكثر تشجيعا لتقديم طلب اللجوء بسبب

عائلة طعنت والناس الذين قتلوا خارج الكنيسة

يسري منصور بخيت غالي

# Exhibit B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| ZLA2044880000 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** 04/23/2020 | **Priority Date** | **Applicant** A216 923 668 GHALY, YOSSRY MANSOUR BEKIT |
| **Notice Date** 04/25/2020 | **Page** 1 of 1 | |

YOSSRY GHALY
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD
STE 907
LOS ANGELES CA 90017

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 04/23/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A216 923 668 | GHALY, YOSSRY |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Los Angeles Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003

**USCIS Contact Center: www.uscis.gov/contactcenter**

# Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER<br>ZLA2044880000 | | | NOTICE DATE<br>09/25/2020 |
|---|---|---|---|---|
| CASE TYPE<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A#<br>A216 923 668 | CODE<br>3 |

YOSSRY MANSOUR BEKIT GHALY
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

**APPLICATION SUPPORT CENTER**
USCIS TUSTIN
14541 Red Hill Avenue
Tustin CA 92780

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**
**DATE AND TIME OF APPOINTMENT**
10/14/2020
11:00AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.
**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZLA2044880000

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY: XCH 591987 ON OCT 14 2020
TENPRINTS QA REVIEW BY: SWK ON OCT 14 2020

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

# Exhibit D

U.S. Department of Homeland Security
P.O. Box 2003
Tustin CA 92781-2003

U.S. Citizenship and Immigration Services

04/01/2021

GHALY, YOSSRY
10431 SLATER AVE APT 101
FOUNTAIN VALLEY, CA 92708

Re: A-216923668

Dear GHALY, YOSSRY:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC LAW OFFICES OF GIHAN THOMAS
ATTN: GIHAN THOMAS
930 COLORADO BLVD UNIT 2
LOS ANGELES, CA 90041